## 58607. ELDER v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED JANUARY 24, 1980.

*Dennis S. Mackin,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert, III, Assistant District Attorneys,* for appellee.